PROVIDED TO
HAMILTON CI
MAR 13 2023
RECEIVED BY ___vm___
FOR MAILING

J.C.

3:23-CV-289-MMH-LLL

UNITED States DisTRicT CouRT
MIDDLE DisTRicT of FLoRiDA
Office of The Clerk
300 N. Hogen Street SUITE, 9-150
JAcksonville, FLoRiDA 32202-4271

"My Life is iN ImmINenT DANGER"!

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA
2023 MAR 15 AM 10:53
FILED

## GENERAL Affidavit

I JUST WANT It to be clear for the record That I at No Time stated that I was "set up with Narcotics" Nor did I EVER File a grievance of any Kind Prior to coming to comfinement since I've been iN Hamilton ANNex Pluss I NEVER signed a sworN Affidavit oN FebRuARy, 27 NOR have I EVER MAde a stateMent saying Anything like that to Any staff member. So I Feel the United State DistRict Court has been misled OR MISSINFORMED about Any statements I have made or grievances that I HAVE subMit PRioR to Coming to comfinement.

This statement is to make you aware that officer C/o Cambell and Sgt. EWIN have been taking me out of my dorm B2-118L since about mid Dec. at 8:00pm or 9:00pm and bring me back hours later, Most times AfteR 10:00pm Master Roster Count. They have been taking me to the Staff Barber Shop to cut there hair, And I'm Not the staff Barber. And when I'm done C/o Cambell would have a line of officer's waiting to get There hair cut as well. FIRST it would be C/o Machit, theN C/o Umtsed then Sgt. Kill Gore then C/o watson I would have to tell C/o Cambell Please caN I do the rest another day I'm tried, He would look at me all upset but Say ok. None of these officers ever gave me anything except C/o Cambell Sgt. EWIN for there hair cuts. Sgt. EWIN would pull me out my dorm and take me to The staff Barber Shop and have a Big ASS chickeN Sandwitch and Coke waiting for me in the Staff Barber Shop Nice and

1-of-4

Hot that he got from the staff Canteen, and he would make me eat it befor I cut his hair because he didn't want any of the other inmates to see me coming back with food. Now mind you prior to the 8 hour shiff change I would cut C/O Cambell and Sgt. Ewins' hair in the bath room in the officers Station. For about 3 months stright every week or every 2 weeks pluss There were only 2 National Gards that ever worked with Sgt. Ewin and C/O Cambell and I cut both of there hair as well. One of them I cut his hair 3 times and he never gave me anything, and the other one I cut only once and he gave me about $15.00 in Cash it was rolled up and I didnt count it He told me he was sorry because he didn't have much but when he put the Cash in my hand I said to my self dam I can't do anything with this so I gave it back to him. and told him if you want to look out for me just give me $1.50 he said what do I want and I told him a pack of "cigarettes 305" The brown ones and he said I know the ones your talking about, "I Call That," and the next day I went to G-Dorm were Sgt. Ewin and C/O Cambell work to pick up my cigarettes and as I went in to the officers' station I hear C/O Cambell say FRANKie whats up? I said I came to pick up my X-mas Bonus and Sgt. Ewin said there aint no Cigarettes here. I was wondering why he said ~~what~~ that and the 25 year-old National Gard told me that the day befor when he was leaving G-Dorm to go home "his Sgt." saw him walking on the black top with a fresh new hair cut and told him were did you get that hair cut? That he was working on the Black top all day in front of the Staff Barber Shop, and "Neve Seen him go in. The National Gard told me that he told his Sgt." that an inmate did it and his sgt. Reprimanded him and told him to Never do it again. If you check the cameras in G-2 and G-1 by the back stairs you will see me cutting 2 Hair all day filling up a canteen bag with food that I

2-of-4

received received for cutting hair for tips, and to c/o Cambell this was just part of his payment. F-1 F-2 once a week by the back Stairs A-1 once a week (Day room on Camera) H-Dorm by the cells and day room, the vestable, DR hearing room at least 4 hair cuts, Medical office at least 4 hair cuts all Staff on Camera. I cut c/o Williamson at least 3 times in the D.R. hearing Room and once in the Medical Dorm in the Infermary right in front of the TV. I have had Capt.'s walk in while I'm cutting hair to use the copier and just walk around me while I'm cutting a officers hair, in the hearingroom.

I told c/o Cambell I didn want to cut all those other officers hair at night and he told me you'll do what the Fuck I Tell you to do and grabbed me by my throte, I told him he didnt have to do that and he didnt answer me. that was in the Staff Barber shop (Mind you I'm going to be 59 years old in Augst. I'm pushing 60 I'm to old to fight I just want to go home in 4 years. I'm in fear all the time because all the officers know I've been writing them up (My life is in Imminent Danger) Last Wensday c/o Cambell is the officer that took me to the Shower. c/o Cambell works Confinement every week. Wensday Feb. 8, 2023 at 6:45 or 7:45 Lt. Ballard came to my cell and told Me to pack my propety that I'm going back to the compound and I told him I cant go to the compound that I wrote up Grievances against 17 officers and 2 National Gards and he said I dont give a Fuck now you'll get what you got coming to you. I told him Im not going and he told me you'll go or I'm going to gas you. I told him your going to have to gas me. So he left to go get the camera and I packed up my property not to get gas all over my things. And when he came back to gas me he came with a Capt. Aroyyo and I spoke to him first. I told him please I have a Injunction

3-of-4

In The United States District Court and that I have a case NO.# already and that my Injunction ask that No use of any Weapon be allowed to hurt me. Capt. Aroyyo listen to what I had to say and stopped Lt. Ballard, Capt. Aroyyo came back about 10 minutes later and told me to calm down and put my property Back that I didnt have to go. Please help me for Im sceard to death I dont want to Lose more good time. Lt. Ballard knew I still had 15 days left of Confinement time to do, He did my hearing. He gave me 60 days Confinement and 180 days lose of gain time isn't that a lot of time for a guy who cuts all most every officer on the Compound. I had another officer call me a "Snitch" when he was taking me and my Bunkie out of the Shower, C/o McGee is his name and I never cut his hair and he was not in any of my grievances. When he called me a "snitch" I told him I'm no "snitch" he said Writing grievances is the same shit. I put a grievance against him after that. Sir I know some thing is going to happen real soon C/o Williamson is on Camer 3 times going into the D.R. Hearing Room to get his hair cut one of those times was for his Wedding. He told me I better watch my back. That if he Loses his Job Im a dead Man at Hamilton Annex or Main Unit. C/o Williamson is only 22 years old he dont think stright.

### CERTificate of Service

I, Frankie Cintron #B11418 do Here by certify that a true and correct copy of this INJunction has been placed in the hands of Hamilton Mail Corrier B.B. For mailing to Clerk of court U.S. District Court Middle District of Florida, 300 N, Hogan St. Suite 9-150 Jacksonville, Fl. 32202-4271 on this 13th day of March 2023

/s/ *Frankie Cintron*

Frankie Cintron #B11418
Hamilton C.I. Annex
10650 S.W. 46th Street
Jasper, Fl. 32052

/s/ *Frankie Cintron*

4-of-4